UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>    v.<br><br>DELAWARE COUNTY, et al.,<br>    Defendants. | :<br>:<br>:<br>:  5:22-cv-01405<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 16th day of May, 2022, upon consideration of Plaintiff's Motion to Proceed Anonymously, *see* ECF No. 2, and in light of the fact that not all Defendants have been served, nor has the time to effectuate service expired, *see* Fed. R. Civ. P. 4, **IT IS ORDERED THAT**:

Plaintiff's Motion to Proceed Anonymously, ECF No. 2, is **DENIED without prejudice** and with leave to refile after all Defendants have been served, the time to file a responsive pleading has passed, and Plaintiff has fulfilled his obligations to "contact opposing counsel to discuss thoroughly the substance of the contemplated motion and any potential resolution of it", *see* ECF No. 7.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge