# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>  Plaintiff,<br><br>v.<br><br>DELAWARE COUNTY et al.,<br>  Defendants. | Case No.: 5:22-cv-01405<br><br>**NOTICE OF DISMISSAL OF JOSEPH [LNU] UNDER RULE 41** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff John Doe voluntarily dismisses all claims in this action against Defendant Joseph [LNU] without prejudice. Dismissal without prejudice is proper because (1) Defendant Joseph [LNU] has not served an answer or a motion for summary judgment and (2) Plaintiff has not previously dismissed an action based on or including similar claims in any court of the United States or of any state. Dismissal is effective upon filing of this Notice of Dismissal and without an order of the Court. This voluntary dismissal is not intended to, nor should be construed to, constitute a dismissal of any other party or claim in the litigation.

Respectfully submitted,                            Dated: October 7, 2022

*s/ Richard Saenz*
Richard Saenz*
LAMBDA LEGAL DEFENSE
& EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Phone: (212) 809-8585
rsaenz@lambdalegal.org

Kara N. Ingelhart*
LAMBDA LEGAL DEFENSE
& EDUCATION FUND, INC.
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
Phone: (312) 663-4413
kingelhart@lambdalegal.org

Ronda B. Goldfein (PA 61452)
Adrian M. Lowe (PA 313614)
AIDS LAW PROJECT PENNSYLVANIA
1211 Chestnut Street, Suite 600
Philadelphia, PA 19107
goldfein@aidslawpa.org
alowe@aidslawpa.org
215-587-9377

*Attorneys for Plaintiff*
*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Dismissal of Joseph [LNU] Under Rule 41 was served via the Court's CM/ECF system on this 7th day of October, 2022, to:

Matthew H. Fry, Esq.
Burns White LLC
1001 Conshohocken State Road
STE 1-515
West Conshohocken, PA 19428
484-567-5748
Email: mhfry@burnswhite.com

*Attorney for Defendants GEO Group, Inc., Kristen Grady, and Debra McFadden*

Tanneika Minott, Esquire (I.D. No. 318501)
Jeffrey M. Scott, Esquire (I.D. No. 60184)
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, 35th Floor
Philadelphia, PA 19103
215-963-3300
tminott@archerlaw.com
jscott@archerlaw.com

*Attorneys for Defendants Delaware County and Laura Williams*

                                                               *s/Richard Saenz*
                                                               Richard Saenz