IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>DELAWARE COUNTY ET AL.,<br><br>   Defendants. | :<br>:<br>: CIVIL ACTION<br>:<br>:<br>:<br>: NO. 22-cv-01405<br>:<br>:<br>:<br>: |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DELAWARE COUNTY
AND LAURA WILLIAMS' CROSSCLAIM AGAINST GEO GROUP, DEBRA
MCFADDEN AND KRISTIN GRADY

Pursuant to Fed. R. Civ. P. 41(c), Defendants Delaware County and Laura Williams' hereby withdraw their Crossclaim Against Defendants GEO Group, Debra McFadden, and Kristin Grady, (incorrectly identified as Kristin [LNU]).

Date: November 9, 2022

                                 /s/ Jeffrey M. Scott
                                 _____
                                Jeffrey M. Scott, Esquire
                                Archer & Greiner, P.C.
                                Three Logan Square
                            1717 Arch Street, 35th Floor
                               Philadelphia, PA 19103
                                  215-963-3300
                               tminott@archerlaw.com
                                jscott@archerlaw.com
                      *Attorneys for Defendants Delaware County*
                                  *and Laura Williams*

## CERTIFICATE OF SERVICE

    I, Jeffrey M. Scott, Esquire, hereby certify that I have served upon all parties a true and correct copy of the Delaware County Defendants' Notice of Voluntary Dismissal on November 9, 2022 via this Court's electronic filing system

Date: November 9, 2022

/s/  Jeffrey M. Scott
_____
Jeffrey M. Scott, Esquire
Archer & Greiner, P.C.
Three Logan Square
1717 Arch Street, 35th Floor
Philadelphia, PA 19103
215-963-3300
tminott@archerlaw.com
jscott@archerlaw.com
*Attorneys for Defendants Delaware County and Laura Williams*

226020355v1