IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELAWARE COUNTY, *et al.* | : | NO. 22-1405 |

## O R D E R

**AND NOW,** this 2nd day of August 2023, upon consideration of Plaintiff's Motion to Vacate (Document No. 74), Defendant's Response thereto (Document No. 75), and after a hearing with all counsel today, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that the Court's 41.1(b) Dismissal Order of May 22, 2023 (Document No.69) is **VACATED**.

BY THE COURT:

/s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge