IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| v. | : | |
| DELAWARE COUNTY, *et al.* | : | NO. 22-1405 |

**O R D E R**

**AND NOW,** this 1st day of November 2023, upon consideration of Plaintiff's Motion to Enforce Settlement (Document No. 81), it is hereby **ORDERED** that the Motion is **GRANTED** only insofar as the Order of August 4, 2023 (Document No. 80) is **VACATED.** It is further **ORDERED** that the issue of Enforcing Settlement is taken under advisement.

BY THE COURT:

_/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
United States Magistrate Judge