## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | : |
| Plaintiff, | : Case No: 5:22-cv-01405 |
| v. | : |
| | : JURY TRIAL DEMANDED |
| DELAWARE COUNTY, et al., | : |
| Defendants. | : |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that Plaintiff's claims against all Defendants are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: March 5, 2024

Respectfully submitted,

*s/ Mary Catherine Roper*
Mary Catherine Roper
John J. Grogan
LANGER, GROGAN & DIVER
1717 Arch St., Ste 4020
Philadelphia, PA 19103
Tel: (215) 320-5660
mroper@langergrogan.com

Richard Saenz*
LAMBDA LEGAL DEFENSE
& EDUCATION FUND, INC.
120 Wall Street, 19th Floor.
New York, NY 10005
Phone: (212) 809-8585

Ronda B. Goldfein (PA 61452)
Adrian M. Lowe (PA 313614)
AIDS LAW PROJECT OF PENNSYLVANIA
1211 Chestnut Street, Suite 600
Philadelphia, PA 19107
goldfein@aidslawpa.org
alowe@aidslawpa.org
215-587-9377

*Attorneys for Plaintiff*
*Admitted Pro Hac Vice


/s/ Matthew H. Fry
MATTHEW H. FRY
BURNS WHITE, LLC
1001 Conshohocken State Road, STE 1-515
West Conshohocken, PA 19428
(484) 567-5748 (O)
(484) 567-5701 (F)

*Attorneys for Defendants*